his claim on direct appeal, he may not renew his claim, even on alternative grounds, in a Rule 27.26 motion. *Gilmore v. State,* 741 S.W.2d 704, 707 (Mo.App. 1987).

■ Nevertheless, we find that his claim has no merit. The United States Supreme Court in *Missouri v. Hunter,* 459 U.S. 359, 103 S.Ct. 673, 74 L.Ed.2d 535 (1983), rejected the contention that the Double Jeopardy Clause precludes consecutive sentences for separate crimes arising from a single act. If the criminal statute clearly reveals that the legislature intended to provide consecutive punishments for each crime arising from a single act, such punishment may be imposed without violating that clause. *Id.* at 368–69, 103 S.Ct. at 679–80. In *State v. Kirksey,* 725 S.W.2d 611 (Mo.App.1987), the Eastern District recognized that § 571.015[1] clearly provides that punishment for armed criminal action may be imposed in addition to any punishment imposed for the underlying felony.

Accordingly, we affirm the judgment of the hearing court.

All concur.

**Michael Leroy BEARS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 40528.**

Missouri Court of Appeals,
Western District.

Dec. 6, 1988.

Jim Lynn, Columbia, for appellant.

1. Revised Statutes of Missouri, 1986.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before FENNER, P.J., and MANFORD and GAITAN, JJ.

## ORDER

PER CURIAM.

Appeal from denial, after evidentiary hearing, of Rule 27.26 motion for post-conviction relief.

JUDGMENT AFFIRMED. Rule 84.-16(b).

**T.J.C., Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 40490.**

Missouri Court of Appeals,
Western District.

Dec. 6, 1988.

Craig A. Johnston, Asst. Public Defender, Columbia, for appellant.

William L. Webster, Atty. Gen., Elizabeth Levin Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, C.J., and BERREY and COVINGTON, JJ.

## ORDER

PER CURIAM.

Appeal from denial, after evidentiary hearing, of Rule 27.26 motion for post-conviction relief.

JUDGMENT AFFIRMED. Rule 84.-16(b).

Artie E. TRUE, Jr., Respondent,

v.

Sandra J. TRUE, Appellant.

No. WD 39885.

Missouri Court of Appeals,
Western District.

Dec. 6, 1988.